UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:15-CR-287-H
5:16-CV-798-H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | ORDER TO SEAL |
| | ) | |
| NEISHA KERR-STONE, | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER coming to be heard upon Motion of prior counsel for Ms. Kerr-Stone, and this Court finding good cause for granting the relief requested;

THEREFORE, it is ORDERED that the Motion to Vacate [D.E. 38] filed by Ms. Kerr-Stone on September 13, 2016 is ordered to be placed under seal until such time as ordered unsealed by this Court.

This the 15th day of September 2016.

Malcolm J. Howard
Senior United States District Judge