IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CR-287-1H
No. 5:16-CV-798-1H

NEISHA KERR-STONE,
    Petitioner,

v.

UNITED STATES OF AMERICA,
    Respondent.

**ORDER**

This matter is before the court on petitioner's motion to vacate pursuant to 28 U.S.C. § 2255. The government filed a motion to dismiss [DE #45] to which petitioner has responded [DE #48]. To aid the court in its decisional process, the government is hereby ORDERED to file a supplemental brief within 30 days of the filing of this order addressing the arguments raised in petitioner's response, taking care to specifically address her argument regarding the violation of a proffer agreement.

This 5th day of February 2018.

MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#35