IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CR-287-1H

UNITED STATES OF AMERICA,)
)
        Plaintiff,)
)
v.)
)
)    **ORDER**
)
NEISHA KERR-STONE,)
)
        Defendant.)

This matter is before the court on defendant's Motion for Recommendation Regarding length of residential re-entry center ("RRC") Placement and Home Confinement. The court has reviewed the motion and its amendment, but finds placement in an RRC is determined by the Bureau of Prisons. Therefore, defendant's motion [DE #62] is hereby DENIED.

This 24th day of May 2018.

MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, N.C.
#26